# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE: Oleg Nazarenko                  CHAPTER 13

                 Debtor(s)

                                               BKY. NO. 24-11372 AMC

## ENTRY OF APPEARANCE AND REQUEST FOR NOTICES

To the Clerk:

       Kindly enter my appearance on behalf of Nationstar Mortgage LLC and index same on the master mailing list.

                                               Respectfully submitted,

/s/ *Michael Farrington*

Michael Farrington
29 Apr 2024, 17:20:23, EDT

                                 KML Law Group, P.C.
                                 701 Market Street, Suite 5000
                                 Philadelphia, PA 19106-1532
                                 (215) 627-1322