## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA
## PHILADELPHIA DIVISION

IN RE:                                        Case No. 24-11372-amc
                                              Chapter 13

Oleg Nazarenko

Debtor(s).

### <u>NOTICE OF APPEARANCE</u>

**Nationstar Mortgage LLC**, a Secured Creditor in the above styled proceeding, hereby

requests that all matters which must be noticed to creditors, any creditors' committees, and any

other parties-in-interest pursuant to FRBP 2002, whether sent by the Court, the Debtor, or any

other party in the case, be sent to the undersigned; and pursuant to FRBP 2002(g), requests

that the following be added to the Court's Master Mailing List:

**Steven K. Eisenberg, Esquire**
**Stern & Eisenberg, PC**
**1581 Main Street, Ste. 200**
**The Shops at Valley Square**
**Warrington, PA 18976**

By:    /s/ Steven K. Eisenberg
       Steven K. Eisenberg, Esquire
       Bar No: 75736
       Stern & Eisenberg, PC
       1581 Main Street, Ste. 200
       The Shops at Valley Square
       Warrington, PA 18976
       Phone: 215-572-8111
       Fax: 215-572-5025
       seisenberg@sterneisenberg.com
       Attorney for Creditor

## <u>CERTIFICATE OF SERVICE</u>

I HEREBY CERTIFY that I caused a true and correct copy of the foregoing Notice of Appearance to be sent by electronic means via the Court's CM/ECF notification system this 12th day of May, 2025, to the following:

Paul H. Young
Young, Marr, Mallis & Deane, LLC
3554 Hulmeville Road
Suite 102
Bensalem, PA 19020
ykassoc@gmail.com
***Attorney for Debtor(s)***


Scott F. Waterman
2901 St. Lawrence Ave.
Suite 100
Reading, PA 19606
ECFMail@ReadingCh13.com
***Chapter 13 Trustee***


U.S. Trustee
Robert N.C. Nix Federal Building
900 Market Street
Suite 300
Philadelphia, PA 19107
USTPRegion03.PH.ECF@usdoj.gov
***U.S. Trustee***


and by standard first class mail postage prepaid to:

Oleg Nazarenko
130 Green Valley Circle
Dresher, PA 19025

***Debtor(s)***


By:      /s/ Steven K. Eisenberg
Steven K. Eisenberg, Esquire