### UNITED STATES BANKRUPTCY COURT
### FOR THE EASTERN DISTRICT OF PENNSYLVANIA
### PHILADELPHIA DIVISION

| In Re:<br><br>Oleg Nazarenko<br><br>Debtor(s) | Chapter 13<br><br>Case Number: 24-11372-amc |
|---|---|

### WITHDRAWAL OF MOTION FOR RELIEF FROM AUTOMATIC STAY

Nationstar Mortgage LLC (hereinafter "Movant") by its undersigned counsel, hereby withdraws the Motion for Relief from Stay filed on May 19, 2025 without prejudice.

Date: June 5, 2025

Respectfully Submitted,

　　/s/ Daniel P. Jones
Daniel P. Jones   FBN: 321876
Stern & Eisenberg, PC
1581 Main Street, Suite 200
The Shops at Valley Square
Warrington, PA 18976
Phone: (215) 572-8111
Fax: (215) 572-5025
djones@sterneisenberg.com
Attorney for Creditor

File No.: PA202500000482

## **CERTIFICATE OF SERVICE**

      I hereby certify that a copy of the foregoing Withdrawal of Motion for Relief from Automatic Stay was served electronically through the Court's ECF System at the e-mail address registered with the Court on this Date to the following:

**Date**: June 5, 2025

| | |
|---|---|
| Paul H. Young<br>3554 Hulmeville Road<br>Suite 102<br>Bensalem, PA 19020<br>ykassoc@gmail.com<br>**Counsel for Debtor** | Scott F. Waterman<br>2901 St. Lawrence Ave.<br>Suite 100<br>Reading, PA 19606<br>ECFMail@ReadingCh13.com<br>**Bankruptcy Trustee** |

U.S. Trustee
Robert N.C. Nix Federal Building
900 Market Street
Suite 300
Philadelphia, PA 19107
USTPRegion03.PH.ECF@usdoj.gov
**US Trustee**

and by standard first-class mail postage prepaid to:

Oleg Nazarenko
130 Green Valley Circle
Dresher, PA 19025
**Debtor(s)**

By:                /s/ Daniel P. Jones
                     Daniel P. Jones, Bar No: 321876
                     Stern & Eisenberg, PC
                     1581 Main Street, Suite 200
                     The Shops at Valley Square
                     Warrington, PA 18976
                     djones@sterneisenberg.com
                     Phone: 215-572-8111
                     Fax: (215) 572-5025
                     Counsel for Movant

**File No.:  PA202500000482**