| Office Mailing Address: | Send Payments **ONLY** to: |
|---|---|
| Scott F. Waterman, Trustee | Scott F. Waterman, Trustee |
| 2901 St. Lawrence Avenue, Suite 100 | P.O. Box 680 |
| Reading, PA  19606 | Memphis, TN  38101-0680 |

# OFFICE OF THE STANDING CHAPTER 13 TRUSTEE
## REPORT OF RECEIPTS AND DISBURSEMENTS
Activity for the period from 08/01/2024 to 07/31/2025
### Chapter 13 Case No. 24-11372-AMC

Oleg Nazarenko
130 Green Valley Circle
Dresher  PA     19025

Petition Filed Date: 04/23/2024
341 Hearing Date: 07/19/2024
Confirmation Date: 12/11/2024

Case Status: Open / Unconfirmed

### RECEIPTS / PAYMENT HISTORY FOR THE TIME PERIOD SELECTED

| Date | Amount | Check No. | Date | Amount | Check No. | Date | Amount | Check No. |
|---|---|---|---|---|---|---|---|---|
| 08/30/2024 | $1,320.00 | | 09/30/2024 | $880.00 | | 10/24/2024 | $440.00 | |
| 11/25/2024 | $351.00 | | 12/18/2024 | $440.00 | | 01/21/2025 | $440.00 | |
| 02/19/2025 | $440.00 | | 03/18/2025 | $440.00 | | 04/23/2025 | $440.00 | |
| 05/19/2025 | $440.00 | | 06/18/2025 | $440.00 | | 07/18/2025 | $440.00 | |

**Total Receipts for the Period:  $6,511.00    Amount Refunded to Debtor Since Filing:  $0.00    Total Receipts Since Filing: $6,951.00**

### DISTRIBUTIONS TO CREDITORS FOR THE TIME PERIOD SELECTED

| CLAIMS AND DISTRIBUTIONS ||||||
|---|---|---|---|---|---|
| Claim # | Claimant Name | Class | Claim Amount | Amount Paid | Balance Due |
| 0 | YOUNG MARR & ASSOCIATES | Attorney Fees | $2,725.00 | $2,725.00 | $0.00 |
| 1 | PA DEPARTMENT OF REVENUE »» 01P | Priority Crediors | $1,615.20 | $1,126.95 | $488.25 |
| 2 | PA DEPARTMENT OF REVENUE »» 01S | Secured Creditors | $6,210.45 | $0.00 | $6,210.45 |
| 3 | PA DEPARTMENT OF REVENUE »» 01U | Unsecured Creditors | $798.28 | $0.00 | $798.28 |
| 4 | NATIONSTAR MORTGAGE LLC »» 002 | Mortgage Arrears | $3,008.57 | $0.00 | $3,008.57 |
| 5 | CITY OF PHILADELPHIA (LD) »» 003 | Unsecured Creditors | $2,251.67 | $0.00 | $2,251.67 |
| 6 | UNITED STATES TREASURY (IRS) »» 04P | Priority Crediors | $3,623.92 | $2,528.46 | $1,095.46 |
| 7 | UNITED STATES TREASURY (IRS) »» 04U | Unsecured Creditors | $4,920.76 | $0.00 | $4,920.76 |
| 8 | BANK OF AMERICA | Unsecured Creditors | $0.00 | $0.00 | $0.00 |
| 9 | CHASE BANK USA | Unsecured Creditors | $0.00 | $0.00 | $0.00 |
| 10 | CHASE BANK USA | Unsecured Creditors | $0.00 | $0.00 | $0.00 |
| 11 | CHASE BANK USA | Unsecured Creditors | $0.00 | $0.00 | $0.00 |
| 12 | PA TURNPIKE COMMISION | Unsecured Creditors | $0.00 | $0.00 | $0.00 |

Chapter 13 Case No. 24-11372-AMC

| SUMMARY | |
|---|---|
| Summary of all receipts and disbursements from date filed through 7/31/2025: | |
| Total Receipts: $6,951.00 | Current Monthly Payment: $305.00 |
| Paid to Claims: $6,380.41 | Arrearages: ($1,261.00) |
| Paid to Trustee: $570.59 | Total Plan Base: $19,110.00 |
| Funds on Hand: $0.00 | |

**NOTES:**

- **PAY YOUR MONTHLY TRUSTEE PAYMENT ONLINE!  Visit www.readingch13.com/payments/** for more information.

- Your case information is available to view online at the National Data Center. Please visit www.ndc.org.