**UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**
**PHILADELPHIA DIVISION**

| | |
|---|---|
| In Re:<br><br>Oleg Nazarenko<br><br>              Debtor(s) | Chapter 13<br><br>Case Number: 24-11372-amc |

## WITHDRAWALOF STIPULATION OF SETTLEMENT

        Nationstar Mortgage LLC (hereinafter "Movant") by its undersigned counsel, hereby gives notice that it is withdrawing its Stipulation of Settlement filed on or about 03/19/2026, without prejudice as the matter was filed in error.

Date: March 25, 2026

Respectfully Submitted,

   */s/  Daniel P. Jones*
Daniel P. Jones   FBN: 321876
Stern & Eisenberg, PC
1581 Main Street, Suite 200
The Shops at Valley Square
Warrington, PA 18976
Phone: (215) 572-8111
Fax: (215) 572-5025
djones@sterneisenberg.com
Attorney for Creditor

## **CERTIFICATE OF SERVICE**

I hereby certify that a copy of the foregoing Withdrawal of Document was served electronically through the Court's ECF System at the e-mail address registered with the Court on this Date to the following:

**Date**: March 25, 2026

| | |
|---|---|
| Paul H. Young<br>3554 Hulmeville Road<br>Suite 102<br>Bensalem, PA 19020<br>ykassoc@gmail.com<br>**Counsel for Debtor** | Scott F. Waterman<br>2901 St. Lawrence Ave.<br>Suite 100<br>Reading, PA 19606<br>ECFMail@ReadingCh13.com<br>**Bankruptcy Trustee** |

United States Trustee
Robert N.C. Nix Federal Building
900 Market Street
Suite 320
Philadelphia, PA 19107
USTPRegion03.PH.ECF@usdoj.gov
**US Trustee**

and by standard first-class mail postage prepaid to:

Oleg Nazarenko
130 Green Valley Circle
Dresher, PA 19025
**Debtor(s)**

By:

/s/ Daniel P. Jones
Daniel P. Jones, Bar No: 321876
Stern & Eisenberg, PC
1581 Main Street, Suite 200
The Shops at Valley Square
Warrington, PA 18976
djones@sterneisenberg.com
Phone: 215-572-8111
Fax: (215) 572-5025
Counsel for Movant