**UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**
**PHILADELPHIA DIVISION**

| | |
|---|---|
| In Re:<br><br>OLEG NAZARENKO<br>Debtor(s)<br><br>ROCKET MORTGAGE LLC S/B/M<br>NATIONSTAR MORTGAGE LLC<br>Movant<br>v.<br>OLEG NAZARENKO<br>Debtor(s)<br><br>SCOTT F. WATERMAN<br>Trustee<br>Respondent(s) | Chapter: 13<br><br>Bankruptcy Case: 24-11372-amc<br><br>Judge: CHAN, ASHELY M. |

**ORDER APPROVING STIPULATION**

AND NOW, upon consideration of the Stipulation between Debtor and Rocket Mortgage LLC s/b/m Nationstar Mortgage LLC, it is hereby STIPULATED and SETTLED that the Stipulation is APPROVED and made an Order of the Court.

BY THE COURT:

Date: April 2, 2026

_____
UNITED STATES BANKRUPTCY JUDGE