United States Bankruptcy Court

Eastern District of Pennsylvania

In re: | Case No. 24-11372-amc

Oleg Nazarenko | Chapter 13

    Debtor

# CERTIFICATE OF NOTICE

District/off: 0313-2  User: admin  Page 1 of 2

Date Rcvd: Apr 02, 2026  Form ID: pdf900  Total Noticed: 2

The following symbols are used throughout this certificate:

**Symbol** | **Definition**

+ | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Apr 04, 2026:**

**Recip ID** | **Recipient Name and Address**
db | + Oleg Nazarenko, 130 Green Valley Circle, Dresher, PA 19025-1515

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|
| aty | + Email/Text: ecfbnc@aldridgepite.com | Apr 03 2026 00:21:00 | WENDY LOCKE, ALDRIDGE PITE, LLP, 3333 Camino del Rio South, Suite 225, San Diego, CA 92108-3808 |

TOTAL: 1

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

**Recip ID** | **Bypass Reason** | **Name and Address**
cr | | Rocket Mortgage, LLC s/b/m Nationstar Mortgage LLC

TOTAL: 1 Undeliverable, 0 Duplicate, 0 Out of date forwarding address

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 04, 2026  Signature:  /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on April 2, 2026 at the address(es) listed below:**

**Name** | **Email Address**

DANIEL P. JONES
 on behalf of Creditor Nationstar Mortgage LLC djones@sterneisenberg.com  bkecf@sterneisenberg.com

MATTHEW K. FISSEL
 on behalf of Creditor NATIONSTAR MORTGAGE LLC bkgroup@kmllawgroup.com  matthew.fissel@brockandscott.com

District/off: 0313-2                          User: admin                                    Page 2 of 2

Date Rcvd: Apr 02, 2026                       Form ID: pdf900                               Total Noticed: 2

PAUL H. YOUNG
          on behalf of Debtor Oleg Nazarenko support@ymalaw.com
          ykaecf@gmail.com,paullawyers@gmail.com,pyoung@ymalaw.com;youngpr83562@notify.bestcase.com,tkennedy@ymalaw.com
          ,lesliebrown.paralegal@gmail.com,cmccullough@ymalaw.com

SCOTT F. WATERMAN [Chapter 13]
          ECFMail@ReadingCh13.com

STEVEN K. EISENBERG
          on behalf of Creditor Nationstar Mortgage LLC seisenberg@sterneisenberg.com  bkecf@sterneisenberg.com

United States Trustee
          USTPRegion03.PH.ECF@usdoj.gov


TOTAL: 6

**UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**
**PHILADELPHIA DIVISION**

| | |
|---|---|
| In Re:<br><br>     OLEG NAZARENKO<br>     Debtor(s)<br><br>     ROCKET MORTGAGE LLC S/B/M<br>     NATIONSTAR MORTGAGE LLC<br>     Movant<br>     v.<br>     OLEG NAZARENKO<br>     Debtor(s)<br><br>     SCOTT F. WATERMAN<br>     Trustee<br>     Respondent(s) | Chapter: 13<br><br>Bankruptcy Case: 24-11372-amc<br><br>Judge: CHAN, ASHELY M. |

**ORDER APPROVING STIPULATION**

AND NOW, upon consideration of the Stipulation between Debtor and Rocket Mortgage LLC s/b/m Nationstar Mortgage LLC, it is hereby STIPULATED and SETTLED that the Stipulation is APPROVED and made an Order of the Court.

BY THE COURT:

Date: April 2, 2026

_____
UNITED STATES BANKRUPTCY JUDGE