## U.S. BANKRUPTCY COURT
### FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE:   **OLEG NAZARENKO**

:   **CHAPTER 13**

:

**Debtor(s)**

:   **BANKRUPTCY NO. 24-11372AMC**

## ORDER

AND NOW, upon consideration of the Debtor's Motion to Modify the confirmed chapter 13 Plan (docket # 59, the Motion");

It is hereby **ordered** that

1)   The Motion is **granted**; and

2)   The Modified Plan (doc. #61) is **approved**.

Date:  April 30, 2026

ASHELY M. CHAN
CHIEF, U.S. BANKRUPTCY JUDGE