United States Bankruptcy Court

Eastern District of Pennsylvania

In re:                                                                                    Case No. 24-11372-amc

Oleg Nazarenko                                                                            Chapter 13

      Debtor

# CERTIFICATE OF NOTICE

| District/off: 0313-2 | User: admin | Page 1 of 2 |
|---|---|---|
| Date Rcvd: Apr 30, 2026 | Form ID: pdf900 | Total Noticed: 2 |

The following symbols are used throughout this certificate:

**Symbol        Definition**

+              Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS
               regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on May 02, 2026:**

| Recip ID | Recipient Name and Address |
|---|---|
| db | + Oleg Nazarenko, 130 Green Valley Circle, Dresher, PA 19025-1515 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern
Standard Time.

| Recip ID | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|
| aty | + Email/Text: ecfbnc@aldridgepite.com | May 01 2026 02:57:00 | WENDY LOCKE, ALDRIDGE PITE, LLP, 3333 Camino del Rio South, Suite 225, San Diego, CA 92108-3808 |

TOTAL: 1

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, \*duplicate of an address listed above, \*P duplicate of a
preferred address, or ## out of date forwarding orders with USPS.**

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | | Rocket Mortgage, LLC s/b/m Nationstar Mortgage LLC |

TOTAL: 1 Undeliverable, 0 Duplicate, 0 Out of date forwarding address

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities
in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and
belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the
complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains
the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 02, 2026                       Signature:            /s/Gustava Winters

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on April 30, 2026 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| DANIEL P. JONES | on behalf of Creditor Nationstar Mortgage LLC djones@sterneisenberg.com  bkecf@sterneisenberg.com |
| MATTHEW K. FISSEL | on behalf of Creditor NATIONSTAR MORTGAGE LLC bkgroup@kmllawgroup.com  matthew.fissel@brockandscott.com |

District/off: 0313-2                                    User: admin                                                      Page 2 of 2

Date Rcvd: Apr 30, 2026                              Form ID: pdf900                                              Total Noticed: 2

PAUL H. YOUNG
        on behalf of Debtor Oleg Nazarenko support@ymalaw.com
        ykaecf@gmail.com,paullawyers@gmail.com,pyoung@ymalaw.com;youngpr83562@notify.bestcase.com,tkennedy@ymalaw.com
        ,lesliebrown.paralegal@gmail.com,cmccullough@ymalaw.com

SCOTT F. WATERMAN [Chapter 13]
        ECFMail@ReadingCh13.com

STEVEN K. EISENBERG
        on behalf of Creditor Nationstar Mortgage LLC seisenberg@sterneisenberg.com  bkecf@sterneisenberg.com

United States Trustee
        USTPRegion03.PH.ECF@usdoj.gov


TOTAL: 6

**U.S. BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

IN RE:   **OLEG NAZARENKO**          :   **CHAPTER 13**
                                     :
         **Debtor(s)**               :   **BANKRUPTCY NO. 24-11372AMC**

## ORDER

AND NOW, upon consideration of the Debtor's Motion to Modify the confirmed chapter

13 Plan (docket # 59, the Motion");

It is hereby **ordered** that

1)   The Motion is **granted**; and

2)   The Modified Plan (doc. #61) is **approved**.

Date:   April 30, 2026

ASHELY M. CHAN
CHIEF, U.S. BANKRUPTCY JUDGE