United States Bankruptcy Court

Eastern District of Pennsylvania

In re:                                                                                          Case No. 24-11372-amc

Oleg Nazarenko                                                                      Chapter 13

     Debtor

# CERTIFICATE OF NOTICE

| District/off: 0313-2 | User: admin | Page 1 of 2 |
|---|---|---|
| Date Rcvd: May 14, 2026 | Form ID: pdf900 | Total Noticed: 2 |

The following symbols are used throughout this certificate:

**Symbol        Definition**

+               Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on May 16, 2026:**

**Recip ID              Recipient Name and Address**
db                   + Oleg Nazarenko, 130 Green Valley Circle, Dresher, PA 19025-1515

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|
| aty | + Email/Text: ecfbnc@aldridgepite.com | May 15 2026 00:28:00 | WENDY LOCKE, ALDRIDGE PITE, LLP, 3333 Camino del Rio South, Suite 225, San Diego, CA 92108-3808 |

TOTAL: 1

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | | Rocket Mortgage, LLC s/b/m Nationstar Mortgage LLC |

TOTAL: 1 Undeliverable, 0 Duplicate, 0 Out of date forwarding address

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 16, 2026                       Signature:            /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on May 14, 2026 at the address(es) listed below:

| Name | Email Address |
|---|---|
| DANIEL P. JONES | on behalf of Creditor Nationstar Mortgage LLC djones@sterneisenberg.com  bkecf@sterneisenberg.com |
| MATTHEW K. FISSEL | on behalf of Creditor NATIONSTAR MORTGAGE LLC bkgroup@kmllawgroup.com  matthew.fissel@brockandscott.com |

District/off: 0313-2                     User: admin                              Page 2 of 2

Date Rcvd: May 14, 2026                  Form ID: pdf900                          Total Noticed: 2

PAUL H. YOUNG
  on behalf of Debtor Oleg Nazarenko support@ymalaw.com
  ykaecf@gmail.com,paullawyers@gmail.com,pyoung@ymalaw.com;youngpr83562@notify.bestcase.com,tkennedy@ymalaw.com
  ,lesliebrown.paralegal@gmail.com,cmccullough@ymalaw.com

SCOTT F. WATERMAN [Chapter 13]
  ECFMail@ReadingCh13.com

STEVEN K. EISENBERG
  on behalf of Creditor Nationstar Mortgage LLC seisenberg@sterneisenberg.com  bkecf@sterneisenberg.com

United States Trustee
  USTPRegion03.PH.ECF@usdoj.gov


TOTAL: 6

**U.S. BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **IN RE: OLEG NAZARENKO** | : | **CHAPTER 13** |
| | : | |
| **Debtor** | : | **NO. 24-11372AMC** |

## ORDER

AND NOW, upon consideration of the Supplemental Application for Compensation ("the Application"), filed by the Debtor(s)' counsel ("the Applicant") and upon the Applicant's certification that proper service has been made on all interested parties and upon the Applicant's certification of no response,

It is hereby **ORDERED** that:

1. The Application is **GRANTED.**
2. Compensation is **ALLOWED** in favor of the Applicant in the amount of   500.00.

Dated:  May 13, 2026

Honorable Ashely M. Chan
Chief, U.S. Bankruptcy Court