Scott F. Waterman, Trustee
2901 St. Lawrence Avenue, Suite 100
Reading, PA 19606

Send Payments **ONLY** to:
Scott F. Waterman, Trustee
P.O. Box 680
Memphis, TN 38101-0680

Oleg Nazarenko
130 Green Valley Circle
Dresher, PA 19025

# OFFICE OF THE STANDING CHAPTER 13 TRUSTEE

## REPORT OF RECEIPTS AND DISBURSEMENTS

Activity for the period from 08/01/2025 to 07/31/2026

**Chapter 13 Case No. 24-11372-AMC**

Petition Filed Date: 04/23/2024
341 Hearing Date: 07/19/2024
Confirmation Date: 12/11/2024

Case Status: Open / Unconfirmed

### RECEIPTS / PAYMENT HISTORY FOR THE TIME PERIOD SELECTED

| Date | Amount | Check No. | Date | Amount | Check No. | Date | Amount | Check No. |
|---|---|---|---|---|---|---|---|---|
| 08/18/2025 | $440.00 | | 09/18/2025 | $440.00 | | 10/21/2025 | $440.00 | |
| 11/19/2025 | $440.00 | | 12/18/2025 | $440.00 | | 01/20/2026 | $440.00 | |
| 02/19/2026 | $440.00 | | 03/18/2026 | $440.00 | | 04/20/2026 | $516.00 | |
| 05/18/2026 | $516.00 | | 06/18/2026 | $516.00 | | 07/20/2026 | $516.00 | |

**Total Receipts for the Period: $5,584.00 Amount Refunded to Debtor Since Filing: $0.00 Total Receipts Since Filing: $12,611.00**

### DISTRIBUTIONS TO CREDITORS FOR THE TIME PERIOD SELECTED

**CLAIMS AND DISTRIBUTIONS**

| Claim # | Claimant Name | Class | Claim Amount | Amount Paid | Balance Due |
|---|---|---|---|---|---|
| 0 | YOUNG MARR MALLIS & ASSOCIATES | Attorney Fees | $2,725.00 | $2,725.00 | $0.00 |
| 1 | PA DEPARTMENT OF REVENUE<br>»» 01P | Priority Crediors | $1,615.20 | $1,615.20 | $0.00 |
| 2 | PA DEPARTMENT OF REVENUE<br>»» 01S | Secured Creditors | $6,210.45 | $1,346.81 | $4,863.64 |
| 3 | PA DEPARTMENT OF REVENUE<br>»» 01U | Unsecured Creditors | $798.28 | $0.00 | $798.28 |
| 4 | NATIONSTAR MORTGAGE LLC DBA MR COOPER<br>»» 002 | Mortgage Arrears | $3,008.57 | $652.43 | $2,356.14 |
| 5 | CITY OF PHILADELPHIA (LD)<br>»» 003 | Unsecured Creditors | $2,251.67 | $0.00 | $2,251.67 |
| 6 | UNITED STATES TREASURY (IRS)<br>»» 04P | Priority Crediors | $3,824.52 | $3,824.52 | $0.00 |
| 7 | UNITED STATES TREASURY (IRS)<br>»» 04U | Unsecured Creditors | $4,920.76 | $0.00 | $4,920.76 |
| 8 | BANK OF AMERICA | Unsecured Creditors | $0.00 | $0.00 | $0.00 |
| 9 | CHASE BANK USA | Unsecured Creditors | $0.00 | $0.00 | $0.00 |
| 10 | CHASE BANK USA | Unsecured Creditors | $0.00 | $0.00 | $0.00 |
| 11 | CHASE BANK USA | Unsecured Creditors | $0.00 | $0.00 | $0.00 |
| 12 | PA TURNPIKE COMMISION | Unsecured Creditors | $0.00 | $0.00 | $0.00 |
| 13 | NATIONSTAR MORTGAGE LLC DBA MR COOPER<br>»» 005 | Mortgage Arrears | $8,319.68 | $950.32 | $7,369.36 |
| 0 | YOUNG MARR MALLIS & ASSOCIATES | Attorney Fees | $500.00 | $500.00 | $0.00 |

## SUMMARY

Summary of all receipts and disbursements from date filed through 7/31/2026:

| | | | |
|---|---|---|---|
| Total Receipts: | $12,611.00 | Current Monthly Payment: | $516.00 |
| Paid to Claims: | $11,614.28 | Arrearages: | $0.00 |
| Paid to Trustee: | $996.71 | Total Plan Base: | $29,123.00 |
| Funds on Hand: | $0.01 | | |

**NOTES:**

- **PAY YOUR MONTHLY TRUSTEE PAYMENT ONLINE! Visit www.readingch13.com/payments/ for more information.**
- Your case information is available to view online at the National Data Center. Please visit www.ndc.org.